1 Joe L. Silver, Plaintiff-Appellant and Cross-Appellee, v. S&D Law, Defendant-Appellee and Cross-Appellant, and Steve Kelly and Gary Blum, Defendants-Appellees. Nos. 19CA1784, 19CA2177
Court of Appeals of Colorado, Third Division
December 9, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver District Court No. 17CV34514 Honorable
 Brian R. Whitney, Judge
 
 
 
 OPINION
 
 
 BROWN,
 JUDGE
 
 
 AFFIRMED
 IN PART, REVERSED IN PART, AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Bernard, C.J., and Graham * , J., concur.